**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 1**

| | |
|---|---|
| **KEYSTONE AUTOMOTIVE OPERATIONS, INC.,**<br><br>Plaintiff,<br>**v.**<br><br>**UNITED STATES**,<br>Defendant. | **SUMMONS**<br><br>**CASE NO. 21-00215** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| Port of Entry: | New York/Newark (4601) | Date Protest Filed: | 3/9/2021 |
|---|---|---|---|
| Protest Number: | 4601-21-126305 | Date Protest Denied: | 4/8/2021 |
| Importer: | Keystone Automotive Operations, Inc. | | |
| Category of Merchandise: | Side Protective Attachments for Vehicles | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 600-1015721-6 | 11/17/2020 | 02/05/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br>U.S. Customs and Border Protection<br>Port of Newark<br>1100 Raymond Blvd.<br>Newark, NJ 07102 | Eric R. Rock<br>Rock Trade Law LLC<br>134 North LaSalle Street, Suite 1800<br>Chicago, IL 60602<br>Telephone: (312) 824-6191<br>Email: erock@rocktradelaw.com |
| *Address of Customs Port in*<br>*Which Protest was Denied* | *Name, Address, Telephone Number*<br>*and E-Mail Address of Plaintiff's Attorney* |

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Side Bars | 8708.29.5060 / 9903.88.03 | 2.5% / 25% | 8708.29.5060 / 9903.88.56 | 2.5% / Free |
| Nerf Bars | 8708.29.5060 / 9903.88.03 | 2.5% / 25% | 8708.29.5060 / 9903.88.56 | 2.5% / Free |
| Bars | 8708.29.5060 / 9903.88.03 | 2.5% / 25% | 8708.29.5060 / 9903.88.56 | 2.5% / Free |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

| Other |
|---|
| State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests:<br><br>The eligibility of the protested articles for exclusions from Section 301 tariffs by meeting the descriptions provided in the sections of U.S. Note 20 of HTSUS Chapter 99, Subchapter III that correspond to the above-claimed provisions under HTSUS subheading 9903.88.56 |

_Signature of Plaintiff's Attorney_

Eric R. Rock                    May 4, 2021
_Name_                          _Date_

## SCHEDULE OF PROTESTS

New York/Newark, NJ (4601)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 4601-21-126305 | 3/9/2021 | 4/8/2021 | 600-1015721-6 | 11/17/2020 | 02/05/2021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Newark
1100 Raymond Blvd.
Newark, NJ 07102

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.