UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KEYSTONE AUTOMOTIVE OPERATIONS, INC.,**<br><br>  **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>  **Defendant.** | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 21-00215<br>      21-00232<br>      21-00273<br>      21-00300<br>      21-00349 |

## ORDER

Before the Court is Plaintiff's Consent Motion to Designate a Test Case and to Suspend Actions Thereunder ("Plaintiff's Motion" or "Pl.'s Mot."), Court No. 21-00215, ECF No. 20. Plaintiff has represented to the Court that Defendant consents to the requested relief on the understanding that the cases sought to be suspended involve the same significant questions of law or fact as the test case. See Pl.'s Mot. at 3–4. Upon consideration of Plaintiff's Motion and all other papers and proceedings in this action, it is hereby

  **ORDERED** that Plaintiff's Motion, ECF No. 20, is granted; it is further

  **ORDERED** that Court Number 21-00215 is designated as a test case; and it is further

  **ORDERED** that the below cases are suspended.

| Court Number | Caption |
|---|---|
| 21-00232 | Keystone Automotive Operations, Inc. v. United States |
| 21-00273 | Keystone Automotive Operations, Inc. v. United States |
| 21-00300 | Keystone Automotive Operations, Inc. v. United States |
| 21-00349 | Keystone Automotive Operations, Inc. v. United States |

      /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: December 20, 2021
New York, New York