UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, *JUDGE*

| | | |
|---|---|---|
| KEYSTONE AUTOMOTIVE OPERATIONS, INC., | : | |
| | : | |
| Plaintiff, | : | Court No. 21-00215 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE WORD LIMIT**

Pursuant to Rule 7(b) of the Rules of this Court and Standard Chambers Procedure § 2(B)(1)(a) and (c), defendant, the United States, respectfully requests leave to exceed the 7,000 word limit set forth in the Court's Standard Chambers Procedures in its reply memorandum in further support of its cross-motion for summary judgment. We respectfully request an additional maximum 2,300 words for our reply memorandum, for a total of 9,300 words. Counsel for plaintiff, Serj Kiyasov, indicated on May 24, 2024, via email, that plaintiff opposes our request.

Good cause exists for our requested increase to the word-count limitation applicable to our reply memorandum. *See* Standard Chambers Procedure § 2(B)(1)(a) and (c). The additional words are necessary to adequately and fully address the issues presented by plaintiff's response to our cross-motion for summary judgment and reply in further support of plaintiff's motion for summary judgment, particularly considering that plaintiff filed a separate Reply to Defendant's Response to Plaintiff's Statement of Undisputed Facts (ECF 53-2). This type of reply submission is not permitted under the Rules of the Court. Plaintiff argues that its filing (ECF No. 53-2) is allowable under USCIT Rule 56.3. However, no part of Rule 56.3 allows for a separate reply to an opponent's Rule 56.3(b) response to the movant's Rule 56.3(a) statement of

facts. This improper submission has permitted plaintiff to make additional arguments to the Court beyond those contained in its merits briefing. Rather than moving to strike plaintiff's filing under ECF No. 53-2, defendant instead moves the Court to grant us additional words to properly respond to plaintiff's additional filing. Moreover, the issues in our reply require a detailed discussion of the evidentiary record, the various tariff terms, definitions, rules of interpretation, and case law, as well as responding to several of plaintiff's arguments in its separate Reply to Defendant's Response to Plaintiff's Statement of Undisputed Facts. Although we have made every effort to be concise in our response, we respectfully submit that good cause exists to grant us an additional maximum 2,300 words for our memorandum of law, which we believe will assist the Court in properly disposing of the parties' pending motions for summary judgment.

For this reason, we respectfully request that the Court grant us leave to exceed the 7,000 word limit set forth in the Standard Chambers Procedure § 2(B)(1) by an additional maximum 2,300 words.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*Of Counsel*:
Valerie Sorensen-Clark
General Attorney
Office of the Assistant Chief Counsel
International Trade Litigation

/s/ Brandon A. Kennedy
BRANDON A. KENNEDY
Trial Attorney
Civil Division, U.S. Dept. of Justice
Commercial Litigation Branch

2

U.S. Customs and Border Protection  
New York, New York 10278

26 Federal Plaza, Room 346  
New York, New York 10278  
Tel.: (212) 264-9230  
*Attorneys for Defendant*

Dated: May 24, 2024

### UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, *JUDGE*

| | |
|---|---|
| KEYSTONE AUTOMOTIVE OPERATIONS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : <br> : | Court No. 21-00215 |

### **ORDER**

Upon consideration of defendant's motion to exceed the word limit set forth in the Standard Chambers Procedures in its reply memorandum in further support of its cross-motion for summary judgment, it is hereby ORDERED that the motion is GRANTED. Defendant's response shall be limited to no more than 9,300 words.

Date: May _____, 2024  
New York, NY

_____  
JENNIFER CHOE-GROVES, *JUDGE*

4